B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chromcraft Revington, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>35-1848094 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**One Quality Lane**<br>**Senatobia, MS 38668**        ZIP CODE **38668-0000** | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tate** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):        ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chromcraft Revington, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attached Exhibit A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>**Chromcraft Revington, Inc.** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br>X /s/ *[signature]*<br>**WHITE AND WILLIAMS LLP**<br>Agatha C. Mingos, Esq.<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, Delaware 19899-0709<br>Telephone: (302) 467-4522<br>Facsimile: (302) 467-4555<br><br>**LOWENSTEIN SANDLER LLP**<br>Sharon Levine, Esq.<br>Wojciech F. Jung, Esq.<br>Nicole M. Brown, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br><br>3/5/15<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer )(Required by 11 U.S.C. § 110 )<br><br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X *[signature]*<br>Signature of Authorized Individual<br><br>Samuel A. Kidston<br>Printed Name of Authorized Individual<br><br>Chief Executive Officer<br>Title of Authorized Individual<br>3/4/15<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 USC § 110, 18 USC § 156.* |

ACTION BY WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF
CHROMCRAFT REVINGTON, INC.

Dated as of March 4, 2015

The undersigned, being all of the members of the board of directors (the "Board") of Chromcraft Revington, Inc., a Delaware corporation (the "Company"), hereby consent to the following actions and adopt the following resolutions set forth as the action of the Board of the Company:

WHEREAS, the Board has reviewed and considered the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors to the Company and fully consider each of the strategic alternatives available to the Company; and

WHEREAS, the Board deems it advisable and in the best interest of the Company and its respective creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and on behalf of the Company, the resolutions set forth below.

NOW, THEREFORE, BE IT:

RESOLVED, that, in the judgment of the Board, it is desirable and in the best interest of the Company, and its creditors, stockholders and other interested parties, that a voluntary petition (a "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that, in connection with the Petition, the Company be and hereby is authorized to enter into loan transactions and borrow funds on a secured basis and transactions related to the sale of some or substantially all of its assets; and it further

RESOLVED, that the Company be and hereby is authorized to commence a case under Chapter 11 of the Bankruptcy Code and that Samuel Kidston as Chief Executive Officer and such other officers as the Chief Executive Officer directs (each, an "Officer" and collectively, the "Officers") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief; and it is further

RESOLVED, that the Company is authorized and directed to retain and employ, Lowenstein Sandler LLP ("Lowenstein") as lead legal counsel to the Company in connection with its existing financial arrangements, capitalization, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions, make any

filings or assist with any transactions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Officers, with the power of delegation, are authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Lowenstein; and be it further

**RESOLVED**, that the Company is authorized and directed to retain and employ, White & Williams LLP ("White") as Delaware legal counsel to the Company in connection with its existing financial arrangements, capitalization, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions, make any filings or assist with any transactions to advance the Company's rights in connection therewith; and in connection therewith, the Board or any of the Officers, with the power of delegation, are authorized and directed to execute any appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of White; and be it further

**RESOLVED**, that the Officers of each Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Officers of the Company be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as the Officer, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and it is further

**RESOLVED**, that the foregoing powers and authorizations shall continue in full force and effect until revoked in writing by the Board; and it is further

*[Signature Pages Follow]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have executed this written consent as of the date first written above.

DIRECTORS:

_____
Samuel Kidston

*[Signature Page for Written Consent of the Board of Directors of Chromcraft Revington, Inc. Authorizing Retentions & Filings]*

CHROMCRAFT REVINGTON, INC.

**EXHIBIT A**

Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

      On the date hereof, the affiliated entity listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1.      Sport-Haley Holdings, Inc.

**United States Bankruptcy Court**
**District of Delaware**

In re    Chromcraft Revington, Inc.

Debtor

Case No. _____

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sport-Haley Holdings, Inc. 10 Tower Office Park, Suite 419 Woburn, MA 01801 | | 100% | Common Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    3/4/15

Signature _____
Samuel A. Kidston
Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### District of Delaware

In re: __Chromcraft Revington, Inc.__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Chromcraft Revington, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Sport-Haley Holdings, Inc.
10 Tower Office Park, Suite 419
Woburn, MA 01801

☐ None [*Check if applicable*]

Date: 3/4/15

Sharon L. Levine
Signature of Attorney or Litigant
Counsel for __Chromcraft Revington, Inc.__
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 Fax:(973) 597-2400

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **Chromcraft Revington, Inc.**
                                          Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Blackrock Furniture Imports<br>840 Tampico Circle<br>Eagle Pass, TX 78852 | Blackrock Furniture Imports<br>840 Tampico Circle<br>Eagle Pass, TX 78852 | | Disputed | 76,547.44 |
| Carroll County Treasurer<br>101 W Main Street<br>Delphi, IN 46923 | Carroll County Treasurer<br>101 W Main Street<br>Delphi, IN 46923 | | Disputed | 158,735.61 |
| Confortaire Inc.<br>2133 S. Veterans Blvd.<br>Tupelo, MS 38804 | Confortaire Inc.<br>2133 S. Veterans Blvd.<br>Tupelo, MS 38804 | | Disputed | 67,870.56 |
| Diamond Cos., LLC<br>f/k/a Diamond Cos, Inc. and Diamond Idealease, LLC<br>1940 East Brooks Road, Suite 100<br>Memphis, TN 38103 | Diamond Cos., LLC<br>f/k/a Diamond Cos, Inc. and Diamond Idealease, LLC<br>Memphis, TN 38103 | Diamond Cos., LLC f/k/a Diamond Cos., Inc. and Diamond Idealease, Inc. v. Chromcraft Revington, Inc. Case No. CH-14-0860 Judgment | Disputed | 699,207.35 |
| Ernie Brents<br>201 Ward Street<br>Senatobia, MS 38668 | Ernie Brents<br>201 Ward Street<br>Senatobia, MS 38668 | | Disputed | 330,750.05 |
| Gibson Corrugated<br>P.O. Box 380<br>Tupelo, MS 38802 | Gibson Corrugated<br>P.O. Box 380<br>Tupelo, MS 38802 | | Disputed | 154,313.82 |
| Global Link Logistics Inc.<br>1990 Lakeside Parkway, Suite 300<br>Tucker, GA 30084 | Global Link Logistics Inc.<br>1990 Lakeside Parkway, Suite 300<br>Tucker, GA 30084 | | Disputed | 570,087.13 |
| IHFC Properties, LLC<br>210 East Commerce Avenue<br>High Point, NC 27261 | IHFC Properties, LLC<br>210 East Commerce Avenue<br>High Point, NC 27261 | IHC Properties, LLC<br>Case No. 15 CVS 155 | Disputed | 726,958.63 |
| Indeal<br>111 Joseph Drive<br>Tonawanda, NY 14150 | Indeal<br>111 Joseph Drive<br>Tonawanda, NY 14150 | | Disputed | 73,596.79 |

B4 (Official Form 4) (12/07) - Cont.
In re   Chromcraft Revington, Inc.                                          Case No.  _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LSI Temp Services, LLC<br>5107 Summer Avenue<br>Memphis, TN 38122 | LSI Temp Services, LLC<br>5107 Summer Avenue<br>Memphis, TN 38122 | LSI Temp Services, Inc. v. Chromcraft Revington, Inc. Case No. 14-CV-183 Judgment | Disputed | 105,469.80 |
| MDI Manufacturing & Design<br>7687 San Fernando Road<br>Burbank, CA 91505 | MDI Manufacturing & Design<br>7687 San Fernando Road<br>Burbank, CA 91505 | | Disputed | 135,470.47 |
| Myron Hamas<br>c/o Wiliam R. Groth, Esq.<br>Fillenwarth Dennerline Groth & Towe, LLP<br>429 East Vermont Street, Suite 200<br>Indianapolis, IN 46202 | Myron Hamas<br>c/o Wiliam R. Groth, Esq.<br>Fillenwarth Dennerline Groth & Towe, LLP<br>Indianapolis, IN 46202 | Myron Hamas v. Sport-Haley Holdings, Inc.; Chromcraft Revington, Inc. Case No. 14-cv-0277-WCL-RBC | Disputed | 75,000.00 |
| Office Coord., Inc.<br>326 East Main Street<br>Chattanooga, TN 37408 | Office Coord., Inc.<br>326 East Main Street<br>Chattanooga, TN 37408 | Office Coord., Inc. v. Chromcraft Revington, Inc., Sport-Haley Holdings, Inc. Case No. CH14-0414 Judgment | Disputed | 100,000.00 |
| Old Dominion Freight Line<br>4715 Evans Town Road<br>Greensboro, NC 27406 | Old Dominion Freight Line<br>4715 Evans Town Road<br>Greensboro, NC 27406 | Old Dominion Freight Line v. Chromcraft Revington, Inc. Case No. 14-CVS-1135 Judgment | Disputed | 87,904.95 |
| Quality Plywood, INc.<br>P.O. Box 187<br>Waynesboro, MS 39367 | Quality Plywood, INc.<br>P.O. Box 187<br>Waynesboro, MS 39367 | | Disputed | 67,788.32 |
| Richard L. Sinclair<br>4 Via Subida Rancho<br>Palos Verdes, CA 90275-6402 | Richard L. Sinclair<br>4 Via Subida Rancho<br>Palos Verdes, CA 90275-6402 | Richard L. Sinclair v. Chromcraft Revington, Inc. Case No. 79C01-1407-CC-00055 Civil Judgment | Disputed | 267,572.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Chromcraft Revington, Inc. _____  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ronald H. Butler<br>c/o Shelbie J. Byers, Esq.<br>Hoeppner Wagner & Evans LLP<br>P.O. Box 10827<br>Merrillville, IN 46411 | Ronald H. Butler<br>c/o Shelbie J. Byers, Esq.<br>Hoeppner Wagner & Evans LLP<br>Merrillville, IN 46411 | Ronald H. Butler v. Chromcraft Revington, Inc.; Samuel A. Kidston Case No. 2:14-cv-237 Judgment | Disputed | 1,000,000.00 |
| Summit Holdings<br>1850 E. Brooks Road<br>Memphis, TN 38116 | Summit Holdings<br>1850 E. Brooks Road<br>Memphis, TN 38116 | | Disputed | 79,219.73 |
| Watkins Shepard Trucking, Inc.<br>1500 Belaine<br>Helena, MT 59601 | Watkins Shepard Trucking, Inc.<br>1500 Belaine<br>Helena, MT 59601 | Watkins Shepard Trucking, Inc. v. Chromcraft Revington, Inc.; Sport-Haley Holdings, Inc.; North & Webster, LLC Case No. DV-14-798 | Disputed | 93,522.06 |
| YRC<br>P.O. Box 730375<br>Dallas, TX 75373 | YRC<br>P.O. Box 730375<br>Dallas, TX 75373 | | | 234,918.84 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  3/4/15                    Signature  _____
                                          Samuel A. Kidston
                                          Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.