IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHROMCRAFT REVINGTON, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10482 (KG)<br>(Jointly Administered)<br><br>**Objection Deadline: To be determined**<br>**Hearing Date: To be heard with the TFR** |

**THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JULY 31, 2015 THROUGH APRIL 30, 2019 (INCLUDING THE THIRD FEE PERIOD OF NOVEMBER 1, 2016 THROUGH APRIL 30, 2019)**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective *nunc pro tunc* to July 31, 2015 by order signed September 24, 2015 |
| Period for which Compensation and Reimbursement is Sought: | July 31, 2015 through April 30, 2019[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $213,617.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 21,697.63 |

This is a:      monthly      interim      x final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $800.00.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: (1) Chromcraft Revington, Inc. (8904), and (2) Sport-Haley Holdings, Inc. (0885). The location of the Debtors' corporate headquarters is 200 Union Boulevard, Suite 400, Lakewood, Colorado 80228.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/12/16 | 07/31/15 – 05/31/16 | $135,208.50 | $12,779.91 | $135,208.50 | $12,779.91 |
| 12/06/16 | 06/01/16 – 10/31/16 | $ 43,019.50 | $ 5,106.33 | $ 43,019.50 | $ 5,106.33 |

## PSZ&J PROFESSIONALS

(Third Fee Period—November 1, 2016 through April 30, 2019)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $925.00<br>$895.00<br>$875.00 | 0.50<br>0.10<br>0.20 | $   462.50<br>$    89.50<br>$   175.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $675.00 | 4.60 | $ 3,105.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $695.00<br>$625.00<br>$595.00<br>$550.00 | 5.60<br>1.30<br>21.60<br>4.80 | $ 3,892.00<br>$   812.50<br>$12,852.00<br>$ 2,640.00 |
| Karina K. Yee | Paralegal 2000 | $395.00<br>$375.00<br>$350.00<br>$325.00 | 0.70<br>1.90<br>19.10<br>3.10 | $   276.50<br>$   712.50<br>$ 6,685.00<br>$ 1,007.50 |
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 0.80 | $   280.00 |
| Cheryl A. Knotts | Paralegal 2000 | $305.00 | 0.40 | $   122.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $275.00<br>$250.00 | 3.00<br>3.40 | $   825.00<br>$   850.00 |
| Karen S. Neil | Case Management Assistant 2003 | $295.00<br>$275.00<br>$250.00 | 0.10<br>1.70<br>0.20 | $    29.50<br>$   467.50<br>$    50.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $275.00 | 0.20 | $    55.00 |

**Grand Total:  $ 35,389.00**
**Total Hours:        73.30**
**Blended Rate:  $    482.80**

## COMPENSATION BY CATEGORY
(Third Fee Period—November 1, 2016 through April 30, 2019)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 6.50 | $ 4,359.50 |
| Asset Disposition | 7.70 | $ 4,309.50 |
| Bankruptcy Litigation | 25.00 | $12,799.50 |
| Case Administration | 18.70 | $ 5,815.00 |
| Claims Admin./Objections | 0.20 | $ 70.00 |
| Compensation of Professional | 8.10 | $ 4,750.50 |
| Compensation of Prof./Others | 4.60 | $ 2,045.00 |
| Stay Litigation | 2.50 | $ 1,240.00 |

## EXPENSE SUMMARY
(Third Fee Period—November 1, 2016 through April 30, 2019)

| Expense Category | Service Provider[3]<br>(if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T Conference Call | $ 1.30 |
| Delivery/Courier Service | Digital Legal | $ 903.41 |
| Express Mail | Federal Express | $ 398.27 |
| Fax Transmittal | Outgoing only | $ 35.00 |
| Court Research | Pacer | $ 237.30 |
| Postage | US Mail | $1,280.00 |
| Reproduction Expense | | $ 903.70 |
| Reproduction/ Scan Copy | | $ 51.80 |
| Legal Research | Westlaw | $ 0.61 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## PSZ&J PROFESSIONALS
(Final Fee Period—July 31, 2015 through April 30, 2019)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $875.00 | 2.40 | $ 2,100.00 |
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $925.00<br>$895.00<br>$875.00<br>$825.00<br>$412.50 | 0.50<br>0.10<br>21.40<br>26.10<br>4.00 | $    462.50<br>$      89.50<br>$18,725.00<br>$21,532.50<br>$ 1,650.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $795.00 | 2.10 | $ 1,669.50 |
| Michael R. Seidl | Partner 2003; Member of Washington, D.C. Bar since 1996; Member of DE Bar since 2000 | $675.00 | 1.00 | $    675.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $675.00 | 12.20 | $ 8,235.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $695.00<br>$625.00<br>$595.00<br>$550.00<br>$525.00 | 5.60<br>1.30<br>21.60<br>96.00<br>74.20 | $ 3,892.00<br>$    812.50<br>$12,852.00<br>$52,800.00<br>$38,955.00 |
| Karina K. Yee | Paralegal 2000 | $395.00<br>$375.00<br>$350.00<br>$325.00<br>$305.00<br>$295.00 | 1.90<br>19.10<br>3.10<br>22.60<br>15.90<br>62.00 | $    712.50<br>$ 6,685.00<br>$ 1,007.50<br>$ 7,345.00<br>$ 5,167.50<br>$18,910.00 |
| Leslie F. Forrester | Law Library Director 2003 | $350.00 | 0.50 | $    175.00 |
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 0.80 | $    280.00 |
| Cheryl A. Knotts | Paralegal 2000 | $305.00 | 1.80 | $    549.00 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 3.90 | $ 1,220.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $275.00<br>$250.00 | 3.00<br>7.60 | $    825.00<br>$ 1,900.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karen S. Neil | Case Management Assistant 2003 | $295.00 | 0.10 | $ 29.50 |
| | | $275.00 | 1.70 | $ 467.50 |
| | | $250.00 | 4.00 | $ 1,000.00 |
| | | $225.00 | 1.50 | $ 337.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $275.00 | 0.20 | $ 55.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $225.00 | 10.50 | $ 2,500.00 |

**Grand Total:** $213,617.00
**Total Hours:** 428.70
**Blended Rate:** $ 498.29

## COMPENSATION BY CATEGORY
(Final Fee Period—July 31, 2015 through April 30, 2019)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis/Recovery | 13.30 | $ 8,586.50 |
| Asset Disposition | 140.90 | $82,827.50 |
| Bankruptcy Litigation | 84.00 | $38,442.00 |
| Case Administration | 70.10 | $20,762.50 |
| Claims Admin./Objections | 6.50 | $ 3,345.00 |
| Compensation of Professional | 28.80 | $16,344.50 |
| Compensation of Prof./Others | 12.70 | $ 5,640.00 |
| Financial Filings | 0.90 | $ 406.50 |
| Financing | 26.70 | $15,481.50 |
| Meeting of Creditors | 5.10 | $ 2,303.50 |
| Operations | 3.60 | $ 2,220.00 |
| Retention of Professional | 5.60 | $ 2,670.00 |
| Retention of Prof./Others | 22.00 | $10,497.50 |
| Stay Litigation | 2.50 | $ 1,240.00 |
| Tax Issues | 2.00 | $ 1,200.00 |
| Travel | 4.00 | $ 1,650.00 |

## EXPENSE SUMMARY
(Final Fee Period—July 31, 2015 through April 30, 2019)

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T Conference Call | $ 1.30 |
| Delivery/Courier Service | Digital Legal | $3,256.02 |
| Express Mail | Federal Express | $2,574.50 |
| Fax Transmittal | Outgoing only | $ 657.00 |
| Legal Research | Westlaw | $1,931.51 |
| Court Research | Pacer | $ 696.90 |
| Postage | US Mail | $6,229.50 |
| Reproduction Expense | | $5,053.40 |
| Reproduction/ Scan Copy | | $ 450.00 |
| Research | CSC; Cl@s Information Services; Parasec | $ 516.75 |
| Transcript | Wilcox & Fetzer | $ 330.75 |

---

[4] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHROMCRAFT REVINGTON, INC., et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 15-10482 (KG)<br>(Jointly Administered) |

**Objection Deadline: To be determined**
**Hearing Date: To be heard with the TFR**

### THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JULY 31, 2015 THROUGH APRIL 30, 2019 (INCLUDING THE THIRD FEE PERIOD OF NOVEMBER 1, 2016 THROUGH APRIL 30, 2019)

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Chapter 7 Trustee, hereby submits its Third and Final Application for Compensation and for Reimbursement of Expenses for the Period from July 31, 2015 through April 30, 2019 (the "Application").

By this Application PSZ&J seeks a final allowance of compensation in the amount of $213,617.00 and actual and necessary expenses in the amount of $21,697.63 for a total allowance of $235,314.63, for the period July 31, 2015 through April 30, 2019 (the "Final Fee Period").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: (1) Chromcraft Revington, Inc. (8904), and (2) Sport-Haley Holdings, Inc. (0885). The location of the Debtors' corporate headquarters is 200 Union Boulevard, Suite 400, Lakewood, Colorado 80228.

DOCS_DE:224157.1 31268/001

This Application also includes a narrative description of the Firm's work for the time period November 1, 2016 through April 30, 2019 ("Third Fee Period"). The Third Fee Period is included in the Final Fee Period, and the fees and costs for the Third Fee Period are part of the Firm's final request for payment and allowance of fees and costs in this case. In support of this Application, PSZ&J respectfully represents as follows:

## Background

1.  On March 5, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The cases were converted to Chapter 7 proceedings by order entered July 31, 2015. On July 31, 2015, Alfred T. Giuliano was appointed as the Chapter 7 Trustee in these cases.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was approved by this Court's "Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, *Nunc Pro Tunc* to July 31, 2015", signed on or about September 24, 2015 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Interim Fee Applications Covered Herein

4. Prior to the filing of this Final Fee Application, interim fee applications for the time period July 31, 2015 through October 31, 2016 had been filed with the Court. The Firm's time and expenses for the Third Fee Period are discussed below and in the fee statement attached as Exhibit A.

5. The interim fee applications, and the fee statement for the Third Fee Period, covered by this Final Fee Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Final Fee Period as well as other detailed information required to be included in fee applications.

### Requested Relief

6. By this Final Fee Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from July 31, 2015 through April 30, 2019. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the interim fee applications that already have been filed with the Court and the fee statement for the Third Fee Period. To the extent that PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

7. At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Chapter 7 Trustee or the Debtor.

8. All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee and not on behalf of the Debtor, or any committee, creditor or other person.

9. PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received no retainer in this matter.

**(Third Fee Period—November 1, 2016 through April 30, 2019)**

**Fee Statements**

10. The fee statement for the Third Fee Period is attached hereto as Exhibit A. The statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Third Fee Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

**Actual and Necessary Expenses**

11. A summary of actual and necessary expenses incurred by PSZ&J for the Third Fee Period is attached hereto as part of Exhibit A. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

12. PSZ&J charges $1.00 per page ($.25 per page after February 1, 2017) for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Chapter 7 Trustee for the receipt of faxes in these cases.

13. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

14. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

15. The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Third Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Third Fee Period, are set forth in the attached Exhibit A.

16. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Chapter 7 Trustee on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

17. The services rendered by PSZ&J during the Third Fee Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A. Asset Analysis and Recovery

18. This category relates to asset analysis and recovery issues. During the Third Fee Period, the Firm, among other things: (1) reviewed and analyzed document issues relating to personal injury litigation; (2) reviewed and analyzed bank account issues; (3) performed research regarding issues relating to the Trustee's final report; (4) reviewed and analyzed estate asset and cash collateral issues; and (5) corresponded regarding asset analysis and recovery issues.

Fees: $4,359.50;     Hours: 6.50

### B. Asset Disposition

19. This category relates to the sale or other disposition of assets. During the Third Fee Period, the Firm, among other things: (1) performed work regarding a remnant asset

agreement; (2) performed work regarding a motion to approve remnant asset agreement; (3) performed work regarding a remnant asset sale; (4) attended to notice issues; (5) performed work regarding orders; (6) reviewed and analyzed documents; and (7) corresponded regarding asset disposition issues.

            Fees: $4,309.50;    Hours: 7.70

**C.    Bankruptcy Litigation**

20.    The category relates to work regarding motions or adversary proceedings in the Bankruptcy Court. During the Third Fee Period, the Firm, among other things: (1) attended to scheduling issues; (2) performed work regarding a motion to abandon and destroy records; (3) performed work regarding orders; (4) performed research; (5) performed work regarding Agenda Notices; (6) reviewed and analyzed issues regarding the Lupoli matter; and (7) conferred and corresponded regarding bankruptcy litigation matters.

            Fees: $12,799.50;    Hours: 25.00

**D.    Case Administration**

21.    This category relates to work regarding administration of this case. During the Third Fee Period, the Firm, among other things: (1) maintained a memorandum of critical dates; (2) maintained service lists; (3) prepared and distributed a daily memo narrative; and (4) maintained document control.

            Fees: $5,815.00;    Hours: 18.70

E. **Claims Administration and Objections**

22. This category relates to work regarding claims administration and claims objections. During the Interim Period, the Firm, among other things, communicated regarding letter from Furniture Manufacturers Credit Association.

    Fees: $70.00;    Hours: 0.20

F. **Compensation of Professionals**

23. This category relates to issues regarding compensation of the Firm. During the Interim Period, the Firm, among other things, performed work regarding its Second Interim fee application.

    Fees: $4,750.50;    Hours: 8.10

G. **Compensation of Professionals--Others**

24. This category relates to issues regarding compensation of professionals, other than the Firm. During the Third Fee Period, the Firm, among other things, (1) performed work regarding fee application binders; (2) GMC fee applications; and (3) GMC rate change issues.

    Fees: $2,045.00;    Hours: 4.60

H. **Stay Litigation**

25. This category relates to work regarding the automatic stay and relief from stay motions. During the Interim Period, the Firm, among other things, corresponded, reviewed and revised stipulation regarding Lupoli.

    Fees: $1,240.00;    Hours: 2.50

## Valuation of Services

26. Attorneys and paraprofessionals of PSZ&J expended a total 73.30 hours in connection with their representation of the Chapter 7 Trustee during the Third Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $925.00<br>$895.00<br>$875.00 | 0.50<br>0.10<br>0.20 | $ 462.50<br>$ 89.50<br>$ 175.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $675.00 | 4.60 | $ 3,105.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $695.00<br>$625.00<br>$595.00<br>$550.00 | 5.60<br>1.30<br>21.60<br>4.80 | $ 3,892.00<br>$ 812.50<br>$12,852.00<br>$ 2,640.00 |
| Karina K. Yee | Paralegal 2000 | $395.00<br>$375.00<br>$350.00<br>$325.00 | 0.70<br>1.90<br>19.10<br>3.10 | $ 276.50<br>$ 712.50<br>$ 6,685.00<br>$ 1,007.50 |
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 0.80 | $ 280.00 |
| Cheryl A. Knotts | Paralegal 2000 | $305.00 | 0.40 | $ 122.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $275.00<br>$250.00 | 3.00<br>3.40 | $ 825.00<br>$ 850.00 |
| Karen S. Neil | Case Management Assistant 2003 | $295.00<br>$275.00<br>$250.00 | 0.10<br>1.70<br>0.20 | $ 29.50<br>$ 467.50<br>$ 50.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $275.00 | 0.20 | $ 55.00 |

**Grand Total:    $ 35,389.00**
**Total Hours:         73.30**
**Blended Rate:  $      482.80**

27. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The

reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Third Fee Period is $35,389.00.

28.    Attorneys and paraprofessionals of PSZ&J expended a total 428.70 hours in connection with their representation of the Chapter 7 Trustee during the Final Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $875.00 | 2.40 | $ 2,100.00 |
| Bradford J. Sandler | Partner 2010; Member of PA and NJ Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $925.00<br>$895.00<br>$875.00<br>$825.00<br>$412.50 | 0.50<br>0.10<br>21.40<br>26.10<br>4.00 | $ 462.50<br>$ 89.50<br>$18,725.00<br>$21,532.50<br>$ 1,650.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $795.00 | 2.10 | $ 1,669.50 |
| Michael R. Seidl | Partner 2003; Member of Washington, D.C. Bar since 1996; Member of DE Bar since 2000 | $675.00 | 1.00 | $ 675.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $675.00 | 12.20 | $ 8,235.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bar since 2010 | $695.00<br>$625.00<br>$595.00<br>$550.00<br>$525.00 | 5.60<br>1.30<br>21.60<br>96.00<br>74.20 | $ 3,892.00<br>$ 812.50<br>$12,852.00<br>$52,800.00<br>$38,955.00 |
| Karina K. Yee | Paralegal 2000 | $395.00<br>$375.00<br>$350.00<br>$325.00<br>$305.00<br>$295.00 | 1.90<br>19.10<br>3.10<br>22.60<br>15.90<br>62.00 | $ 712.50<br>$ 6,685.00<br>$ 1,007.50<br>$ 7,345.00<br>$ 5,167.50<br>$18,910.00 |
| Leslie F. Forrester | Law Library Director 2003 | $350.00 | 0.50 | $ 175.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia E. Cuniff | Paralegal 2000 | $350.00 | 0.80 | $ 280.00 |
| Cheryl A. Knotts | Paralegal 2000 | $305.00 | 1.80 | $ 549.00 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 3.90 | $ 1,220.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $275.00 | 3.00 | $ 825.00 |
|  |  | $250.00 | 7.60 | $ 1,900.00 |
| Karen S. Neil | Case Management Assistant 2003 | $295.00 | 0.10 | $ 29.50 |
|  |  | $275.00 | 1.70 | $ 467.50 |
|  |  | $250.00 | 4.00 | $ 1,000.00 |
|  |  | $225.00 | 1.50 | $ 337.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $275.00 | 0.20 | $ 55.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $225.00 | 10.50 | $ 2,500.00 |

**Grand Total:** $213,617.00
**Total Hours:**      428.70
**Blended Rate:** $   498.29

29.  The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Final Fee Period is $213,617.00.

30.  In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of July 31, 2015 through April 30, 2019, a final allowance be made to PSZ&J in the sum of $213,617.00 as compensation for reasonable and necessary professional services rendered to the Chapter 7 Trustee and in the sum of $21,697.63 for reimbursement of actual and necessary costs and expenses incurred, for a total of $235,314.63; that the Chapter 7 Trustee be authorized and directed to pay to PSZ&J the outstanding amount of such sums; that to the extent PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J may file a supplemental fee application(s) and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application; and for such other and further relief as this Court deems proper.

Dated: June 13, 2019    PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

## **DECLARATION**

STATE OF DELAWARE     :
                                              :
COUNTY OF NEW CASTLE  :

Bradford J. Sandler, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Chapter 7 Trustee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

                                             /s/ Bradford J. Sandler
                                             Bradford J. Sandler