Printed: 06/25/19 01:41 PM

# Trustee's Compensation

**Debtor:** CHROMCRAFT REVINGTON INC.　　　　　　　　　　**Case:** 15-10482

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 2,087,474.77 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 950,000.00 | = | 47,500.00 |
| 3% of Balance | 1,087,474.77 | = | 32,624.24 |
| | Calculated Total Compensation: | | $85,874.24 |
| | Plus Adjustment: | | 0.00 |
| | Total Compensation: | | $85,874.24 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $85,874.24 |

### Trustee Expenses

| | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 3477 copies at 10.0 cents per copy | 347.70 |
| Postage | | 97.12 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Travel/Tax Authorization | | 170.20 |
| Federal Express - Various (4) | | 105.73 |
| | Subtotal Expenses: | $720.75 |
| | Plus Adjustment: | 0.00 |
| | Total Expenses: | $720.75 |
| | Less Previously Paid: | 0.00 |
| | Total Expenses Requested: | $720.75 |

　　The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

　　WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $85,874.24 as compensation and $720.75 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 06/25/19　　　　　　　　　Signed: _____

　　　　　　　　　　　　　　　　　Alfred T. Giuliano, Trustee
　　　　　　　　　　　　　　　　　Berlin Business Park
　　　　　　　　　　　　　　　　　140 Bradford Drive
　　　　　　　　　　　　　　　　　West Berlin, NJ 08091

# APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1. Applicant was appointed trustee of this bankruptcy estate on <u>07/31/15</u>.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of <u>$85,874.24</u> less a voluntary reduction of <u>$2,199.72</u> for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of <u>$720.75</u> for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. **COMPUTATION OF COMPENSATION**

Total disbursement to parties in interest, *EXCLUDING DISBURSEMENT TO THE DEBTOR*, are <u>$2,087,474.77</u>. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $ 1,250.00 |
| 10% on next | $ | 45,000 | = | $ 4,500.00 |
| 5% on next | $ | 950,000 | = | $ 47,500.00 |
| 3% on balance over | $ | 1,000,000 | = | $ 32,624.24 |
| Total Compensation | | | = | $ 85,874.24 |
| Less Voluntary Reduction | | | | -2,199.72 |
| | | | | 83,674.52 |

7. **TRUSTEE EXPENSES ITEMIZATION**

| Description of Expense | Amount of Expense |
|---|---|
| Bond Premium | $ 0.00 |
| Travel | $ 0.00 |
| Copies - 3,477 Copies @ $ .10 | $ 347.70 |
| Postage | $ 97.12 |
| Telephone | $ 0.00 |
| Clerical | $ 0.00 |
| Paralegal | $ 0.00 |
| Supplies | $ 0.00 |
| Distribution Expenses | $ 0.00 |
| Travel $121.45 / Tax Authorization $48.75 | $ 170.20 |
| Federal Express – (4) @ Various | $ 105.73 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of <u>$83,674.52</u> and reimbursement of expenses in the amount of <u>$720.75</u>.

Dated: _____ _____

Alfred T. Giuliano, Trustee



# Giuliano Miller & Company, LLC
Berlin Business Park
140 Bradford Drive
West Berlin, NJ 08091
Phone: 856-767-3000    Fax: 856-767-3500

Chromcraft Revington, Inc.
C/o Alfred T. Giuliano, Chapter 7 Trustee
140 Bradford Drive
West Berlin, NJ 08109

Invoice #:   25109
Date:        6/25/2019
Due Date:    7/25/2019
Client ID:   73127

*Please return top portion with remittance.*

Amount Enclosed $ _____

For professional service rendered as follows:

| Transaction Date | Comment |
|---|---|
| 6/24/15 | Prepare correspondence & Form 3575-www (Certified) USPS re: 1 Quality Lane, Senatobia, MS |
| 7/31/15 | t/cw/ Robt Walker re:tax appeal deadline |
| 7/31/15 | t/cw/ UST re: appt, tax appeal deadline |
| 7/31/15 | emails re: appt |
| 8/3/15 | emails w/ TC re: petition/schedules |
| 8/3/15 | Review of SOFA and schedules |
| 8/3/15 | meet w/ RLE re: general case background |
| 8/3/15 | t/cw/ BS re: call w/ debtors atty; re: tax appeal |
| 8/3/15 | emails w/ debtors atty re: call on case background |
| 8/4/15 | conf call w/ debtors counsel, BS re: case background |
| 8/4/15 | prep for call w/ Lowenstein; rev of APA for Indiana land |
| 8/4/15 | follow up call w/ BS |
| 8/6/15 | emails re: contacts, R/E |
| 8/6/15 | emails to/from atty re: appt; assets remaining |
| 8/10/15 | t/cw/ BS reL cakk w. Kebise' |
| 8/14/15 | emails re: meeting w/ secured creditor |
| 8/14/15 | emails to/from atty re: tax appeal special counsel |
| 8/14/15 | t/cw/ BS re: constructive trust motion |
| 8/18/15 | emails w/ potential buyer re: offer status |
| 8/18/15 | t/cw/ JS (CRO) re: case background |
| 8/18/15 | t/cw/ Jeff re: offer made |
| 8/18/15 | emails w/PK re: call w/ RW on tax appeal |
| 8/19/15 | conf call w/ R Walker re: tax appeal |
| 8/19/15 | travel from NYC |
| 8/19/15 | emails w/ J. Sockol re: engagement points, rate |

Giuliano Miller & Company, LLC

| | | Invoice #: | 25109 |
|---|---|---|---|
| | | Client ID: | 73127 |

| Date | Description |
|---|---|
| 8/19/15 | meet w/ Merchants, attys, re: case background |
| 8/19/15 | emails re: call w/ R Walker |
| 8/20/15 | Email to KCC LLC (JM) requesting copies of claims |
| 8/20/15 | Correspondence to First Business Bank re: turnover of funds |
| 8/20/15 | Prepare correspondence to Duke Energy (Certified) |
| 8/20/15 | emails re: claims from KCC |
| 8/20/15 | Correspondence to First Tennessee Bank re: turnover of funds |
| 8/20/15 | Correspondence to Sycamore Bank re: turnover of funds |
| 8/20/15 | Correspondence to Branch Banking & Trust re: turnover of funds |
| 8/24/15 | several emails B/S, Google Drives access |
| 8/24/15 | t/cw/ Rocky re: mail, servers, records, access to Google Drives |
| 8/24/15 | emails w/ RC re: records, server access |
| 8/25/15 | rev of PSZ & J application, provide most recent conflicts list |
| 8/25/15 | emails from PK re: appt |
| 8/25/15 | t/cw/ Bank of Tenn re: cash turnover; email to Bank |
| 8/25/15 | emails re: records to move |
| 8/25/15 | Email to USPS (BS) regarding change of address |
| 8/26/15 | email to Lowenstein re: escrow turnover |
| 8/26/15 | t/cw/ JV re: offer to purchase Indiana prop |
| 8/26/15 | t/cw/ BS re: carve out w/secured creditor, assets that need to be liquidated |
| 8/26/15 | t/cw/ RC re: servers, lease, electric transfer |
| 8/27/15 | t/c/w Prudential re: life insurance policies |
| 8/27/15 | emails w/ SS re: life insurance info needed |
| 8/27/15 | t/c/w Hilco re: sale status, easement needed |
| 8/27/15 | conference call w/BS and Hilco re: easement issues |
| 8/28/15 | emails w/Hilco, BS re: Delphi sale stations |
| 8/28/15 | t/c/w RN of Shellie re: easment status |
| 8/28/15 | Prepare (1) Cash Receipt |
| 8/31/15 | Prepare (2) Cash Receipts |
| 8/31/15 | rev of application for GMCO, PSZJ appt |
| 9/1/15 | meet w/ Merchants Bank, counsel re: carve out, sale process; meet w/ BS |
| 9/1/15 | travel from NYC |
| 9/2/15 | t/cw/ Jeff Van Weelden re: easement, purchase offer |
| 9/2/15 | emails w/ Merchants re: pymt of AT&T, & claims monitoring invoices |
| 9/3/15 | email to JVW re: offer, reply |
| 9/3/15 | rev offer from JVW for Dolphi, email to BS |
| 9/3/15 | rev reply from JVW; email to BS |
| 9/3/15 | t/cw/ BS re: offer in Delphi, carve out |
| 9/4/15 | emails to BS re: carve out status |

| Date | Description |
|---|---|
| 9/8/15 | t/cw/ BS re: Tate County, escrow turnover |
| 9/8/15 | emails to/from BS re: call w/ Merchants |
| 9/9/15 | rev letter from Sam re: proposal to convey Miss. property |
| 9/9/15 | t/cw/ J Sutter interest in Sport Haley Inc stock |
| 9/10/15 | rev of Lowenstein admin claim |
| 9/10/15 | Prepare (1) Cash Receipt |
| 9/11/15 | emails re: cash collateral status, reply to offer on Delphi |
| 9/15/15 | Email to DR re: pension check |
| 9/15/15 | Email to Rockeal Cornelius re: mail forwarding |
| 9/16/15 | t/cw/ JVW re: status of sale approval |
| 9/16/15 | t/cw/ BS re: cash collateral status |
| 9/17/15 | emails w/ BS re: 341 hearing, Merchant's offer |
| 9/17/15 | Email to Roceal Cornelius re: mail forwarding |
| 9/17/15 | Prepare correspondence & Form 3575-www (Certified) USPS re: 1330 Win Hentschel Blvd, Suite 250, West Lafayette, IN |
| 9/17/15 | 341 hearing |
| 9/17/15 | meet w/ CEO after 341 re: add'l questions |
| 9/17/15 | rev of cash collateral proposal |
| 9/18/15 | call w/ BS re: offer status, water tower |
| 9/18/15 | emails w/ Hilco re: offer to reduce price for easement |
| 9/18/15 | t/cw/ Merchants re:Indiana offer, Sport Haley Inc, Water Tower |
| 9/18/15 | t/cw/ Joel (Hilco) re: sale sttus of Indiana |
| 9/18/15 | t/cw/ Hilco re: offer status |
| 9/18/15 | Prepare (1) Cash Receipt |
| 9/22/15 | emails w/ BS re: cash collateral, counter to Indiana property |
| 9/22/15 | Aug bank reconciliation |
| 9/22/15 | emails w/ BS re: cash collateral reply from Merchants |
| 9/22/15 | t/cw/ Nevills re: sale price, telephoness auction |
| 9/28/15 | t/cw/ BS re: 341 hearing guarantee |
| 9/29/15 | emails w/ PK re: amended APA, review, approve |
| 9/29/15 | t/cw/ JV re: higher offer rec'd bid procedures |
| 9/29/15 | emails w/ Hilco re: 2nd amended APA |
| 10/1/15 | t/cw/ Hilco re: offer status, tax appeal |
| 10/1/15 | emails w/ JS re: tax appeal notice, proposed future |
| 10/2/15 | meet w/ DR re: A/R of ESOP write down |
| 10/2/15 | t/cw/ Hilco re: tax appeal reduction |
| 10/2/15 | t/cw/ BS re: tax appeal cost |
| 10/2/15 | t/cw/ PK re: tax appeal reduction |
| 10/5/15 | t/cw/ Neville re: status of Delphi, Senatobia |
| 10/5/15 | rev emails from Neville re: Delphi, Sport Haley |
| 10/6/15 | t/cw/ Entergy re: utility |

| Date | Description |
|---|---|
| 10/7/15 | Email to BG re: Flexible Polyurethane Foam anti-trust matter |
| 10/7/15 | emails re: 2nd amended agreement on Delphi property |
| 10/8/15 | t/cw/ BS re: sale motion |
| 10/14/15 | emails w/ PK re: bid procedures, parties to notice |
| 10/14/15 | Prepare (1) Cash Disbursement |
| 10/14/15 | meet w/ Hill Archive re: boxes picked up, records |
| 10/14/15 | t/cw/ BS re: status of bid procedures |
| 10/14/15 | emails w/ RC re: rent payment |
| 10/14/15 | emails w/ NG re: status of sale on Delphi |
| 10/15/15 | Print claims 72-114 |
| 10/15/15 | emails w/ PT |
| 10/19/15 | Prepare (2) Cash Receipts |
| 10/19/15 | t/cw/ BS re: sale process on Delphi |
| 10/19/15 | Sept bank reconciliation |
| 10/19/15 | Prepare (1) Cash Disbursement |
| 10/21/15 | t/cw/ JS @ Hilco re: JVE interest |
| 10/21/15 | emails to JS re: Hilco fee for tax appeal |
| 10/21/15 | Prepare (1) Cash Receipt |
| 10/21/15 | t/cw/ JYE re: auction process |
| 10/22/15 | t/cw/ PK re: response to UST, letter to debtor's counsel re: items requested @ 341 hearing |
| 10/22/15 | meet w/ RLE re: sale of Life Ins policies |
| 10/22/15 | email from UST re: sale motion on Delphi |
| 10/22/15 | call w/ NABT for advertisers who purchase Life Ins policies |
| 10/22/15 | rev of application to employ Hilco |
| 10/23/15 | meet w/ RLE re: loan against Life Ins policies, cash policies in |
| 10/23/15 | emails w/ PK re: Tate County |
| 10/24/15 | emails w/ PK re: possible interested party on Senatobia R/E |
| 10/26/15 | t/cw/ PK re: sharing agreement w/Merchants |
| 10/26/15 | emails w/ BH (UST), PK re: sale motion to Delphi |
| 10/27/15 | Print cliams 115-129 |
| 10/29/15 | emails w/ PK re: Tate County objection |
| 10/30/15 | t/cw/ PK re: info needed from SK |
| 11/2/15 | t/cw/ BS re: status of carve out agreement |
| 11/6/15 | t/cw/ PK re: auction process |
| 11/6/15 | emails w/ PK, JS re: auction, noticing |
| 11/6/15 | sign ins. policies |
| 11/9/15 | Create and forward wire instructions (BS) (PK) |
| 11/10/15 | several emails w/ PK, JVW, re: bid package, sale process, proof of funds, check for bid |
| 11/10/15 | emails re: Post petition B/S's |
| 11/11/15 | emails re: class action claim form |

Giuliano Miller & Company, LLC

| | | Invoice #: | 25109 |
|---|---|---|---|
| | | Client ID: | 73127 |

| Date | Description |
|---|---|
| 11/11/15 | several emails w/BS, RLE re: cashing in Life Ins policies |
| 11/11/15 | several emails re: post-petition bank statements. |
| 11/12/15 | emails re: auction |
| 11/12/15 | several emails re: JVW bid package, check rev bid package |
| 11/12/15 | rev of cash collateral stip |
| 11/12/15 | reply to atty re: cash collateral changes |
| 11/13/15 | Research bank information, follow up on Aug letter to turn over funds. |
| 11/13/15 | Prepare (1) Cash Receipt |
| 11/13/15 | several emails re: qualifying bidders, sale/auction process |
| 11/16/15 | auction of Delphi property |
| 11/16/15 | emails re: sale hearings |
| 11/16/15 | follow up call w/ BS re: closing issues |
| 11/16/15 | t/cw/ BS re: auction prelims |
| 11/17/15 | Email (RE) re: bank accounts |
| 11/17/15 | rev of declaration for Delphi |
| 11/17/15 | meet w/ PK re: cash collateral stip status |
| 11/17/15 | Print documents, trustee appointment,consolidation of cases, look up schedule B and bank names etc. |
| 11/17/15 | rev of sale motion for Delphi |
| 11/17/15 | Prepare (1) Cash Receipt |
| 11/18/15 | rev of delcaration for sale of Delphi |
| 11/18/15 | emails re: sale motion, order, lcosing cash collateral |
| 11/19/15 | t/cw/ PK re: need for CC to be finalized |
| 11/19/15 | emails re: cash collateral O/S issues |
| 11/19/15 | t/cw/ PK re: declaration |
| 11/19/15 | t/c/w BS re: CC status |
| 11/19/15 | Oct bank reconciliation |
| 11/20/15 | several emails re: CC Stip, Delphi sale |
| 11/20/15 | Prepare (2) Cash Receipts |
| 11/20/15 | Email (RE) re: First Business Bank telephone number |
| 11/23/15 | Emails re: Hilco, 3rd addendum |
| 11/23/15 | review 3rd addendum to Schulle, agreement, reply |
| 11/23/15 | Prepare (3) Cash Receipts |
| 11/23/15 | Email (LB) re: minutes |
| 11/23/15 | Prepare (1) Cash Disbursement |
| 11/25/15 | meet w/ DR re: rollover |
| 11/29/15 | review B/S and B/R for 10/15 |
| 11/30/15 | rev of CL update; make notes |
| 11/30/15 | t/cw/ creditor re: lawsuit on product liability |
| 11/30/15 | Prepare (1) Cash Receipt |
| 11/30/15 | rev Sport Haley offers |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| Date | Description |
|---|---|
| 11/30/15 | t/cw/ PK re: Sport Haley sale/ CC |
| 11/30/15 | rev b/s and b/r |
| 12/1/15 | Prepare (4) Cash Receipts |
| 12/1/15 | rev email re: Alta Survey needed |
| 12/1/15 | t/cw/ JS re: Buyer survey vs Alta survey & legal description needed by Title Co |
| 12/1/15 | t/cw/ PK re: Alta Survey needed |
| 12/2/15 | Email to linsogna@protechpowder.com providing 341 meeting information and blank proof of claim |
| 12/2/15 | t/cw/ BS re: issues w/ Delphi Legal Descriptions |
| 12/2/15 | several emails re: Legal description on Delphi property |
| 12/3/15 | emails re: Hilco |
| 12/4/15 | emails to/from JS re: Schill's status |
| 12/4/15 | rev of revised cash collateral motion |
| 12/7/15 | emails to JS re: sale status |
| 12/7/15 | Prepare (1) Cash Receipt |
| 12/10/15 | t/cw/ MFC re: SHI stock sale, CC status |
| 12/11/15 | emails to/from PK re: CC issues, SHI stock |
| 12/14/15 | emails w/NG re: cash collateral |
| 12/14/15 | emails w/IRS re: cash collateral |
| 12/14/15 | emails to/from JS re: sale status |
| 12/15/15 | emails re: closing issues |
| 12/15/15 | meet w/ RLE re: bank statements requested by MFC |
| 12/15/15 | emails w/ BS re: closing on Delphi |
| 12/15/15 | emails w/PK re: CC changes |
| 12/15/15 | t/cw/ BS re: closing issues |
| 12/16/15 | Prepare (1) Cash Disbursement |
| 12/16/15 | several emails re: title work needed |
| 12/21/15 | emails w/ PK re: Tate County objection to CC |
| 12/21/15 | t/cw/ BS re: closing issues AZTA, Delphi |
| 12/21/15 | t/cw/ PK re: survey |
| 12/21/15 | Nov bank reconciliation |
| 12/21/15 | emails re: claosing issues, AZTA |
| 12/23/15 | t/cw/ JS re: status of closing on Delphi |
| 12/23/15 | t/cw/ Merchants re: offer on Sport Haley, Inc |
| 12/23/15 | several emails re: add'l title work to authorize, survey issues |
| 12/24/15 | emails w/S. Adler re: Pedi'Cure offer, mgt, lien on inventory |
| 12/24/15 | several emails re: survey, title report issues re: Delphi property |
| 12/24/15 | t/cw/ Pedi'Cure re: interest in SH, mgt responsibility |
| 12/28/15 | emails re: legal fees for SP |
| 12/28/15 | emails to/from PK re: SH APA needed, mgt provision |
| 12/28/15 | t/cw/ S Adler re: agreements, fee |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| Date | Description |
|---|---|
| 12/28/15 | follow up call w/ S. Adler re: bylaws, cash flow |
| 12/28/15 | email to PK re: term sheet |
| 12/28/15 | t/cw/ BS re: bylaws |
| 12/28/15 | follow up call w/ BS re: agreements, fee |
| 12/28/15 | rev voice mail from Merchants |
| 12/29/15 | rev b/s and b/r |
| 12/29/15 | rev of updated title work, rev emails re: title to small triangle piece |
| 12/29/15 | rev b/s and b/r |
| 12/29/15 | t/cw/ BS re: Bylaws, Aof I, S/H consent |
| 12/30/15 | rev of mgt agreement |
| 12/30/15 | t/cw/ SA re: status of mgt agreement |
| 12/30/15 | T/c w/Cathy Johnson w/Phoenix re: case |
| 12/30/15 | Review of records |
| 1/4/16 | emails to/from BS, JC re: status of mgt agreement |
| 1/5/16 | emails re: David on termination of interest in SP |
| 1/5/16 | Prepare (1) Cash Disbursement |
| 1/5/16 | Email to CJ re: missing faxed pages |
| 1/6/16 | t/cw/ Mississippi re: environmental inspection |
| 1/6/16 | rev of Alta Survey rec'd |
| 1/6/16 | emails re: triangular parcel included in legal boundary, reply |
| 1/6/16 | t/cw/ Chicago Title re: open issues w/survey |
| 1/7/16 | t/cw/ BS re: abandonment of Miss. |
| 1/7/16 | t/cw/ PK re: call w/ buyers counsel re: Azta survey |
| 1/7/16 | t/cw/ SA: re: closing down SP |
| 1/8/16 | Correspondence to First Tennessee Bank re: turnover of funds |
| 1/11/16 | email to Schille atty re: closing |
| 1/11/16 | several t/cs's w/ JS, Chicago Title |
| 1/13/16 | emails w/ Schilli lawlyer re: title status |
| 1/15/16 | follow up emails w/JS re: call w/Merchants |
| 1/15/16 | t/cw/ JW re: parcel 2, title issues |
| 1/15/16 | conf call re: open issue w/ Delphi |
| 1/15/16 | several emails re: title, closing |
| 1/18/16 | rev of corres from Schilli |
| 1/19/16 | Prepare (1) Cash Disbursement |
| 1/19/16 | t/cw/ broker re: reinsuring bldg |
| 1/20/16 | t/cw/ PK re: Tate County motion, reply |
| 1/20/16 | t/cw/ SA re: latest on Delphi |
| 1/21/16 | Email to Christen Hall providing copy of 341 meeting information |
| 1/21/16 | Dec bank reconciliation |
| 1/21/16 | conf call w/ JS, Dow D re: proceeding w/B/U bid |

Giuliano Miller & Company, LLC

| | | Invoice #: | 25109 |
|---|---|---|---|
| | | Client ID: | 73127 |

| Date | Description |
|---|---|
| 1/21/16 | rev of proforma title policy; t/cw/ Julie @ Title Co |
| 1/22/16 | emails w/PK re: Tate County order on application of $572K; reply |
| 1/22/16 | rev of proforma owners policy of Title exceptions |
| 1/22/16 | emails w/ DD re: projected closing statement |
| 1/22/16 | emails re: title exceptions |
| 1/22/16 | emails w/JH re: new proforma title commitment |
| 1/22/16 | rev of revised proforma title w/Chicago |
| 1/25/16 | several emails re: access to Delphi, change locks |
| 1/25/16 | t/cw/ JS re: status |
| 1/25/16 | emails w/JS re: Schilli status, reply |
| 1/27/16 | several emails re: agreement on Delphi sale w/back up bidder |
| 1/27/16 | t/cw/ BS re: Delphi reduction for office |
| 1/27/16 | multiple emails w/Neville re: Delphi sale, status on J Wang rent |
| 1/28/16 | review of Dec. 2015 b/s and bank recs. |
| 1/29/16 | emails re: closing issues w/ Delphi |
| 1/29/16 | follow up on Delphi closing issues |
| 1/29/16 | t/cw/ D D re: escrow |
| 2/1/16 | emails re: revised agreement, noticing high bidder |
| 2/1/16 | t/cw/ w/ BS re: notifying Schilli |
| 2/1/16 | rev of revised order for new buyer (b/u bidder) |
| 2/1/16 | emails re: updates to order |
| 2/1/16 | t/cw/ PK re sale process |
| 2/2/16 | emails to/from SA @ Merchants re: annual tax return copies needed |
| 2/2/16 | rev of revised agreement, order for Delphi sale |
| 2/2/16 | emails to/from BS re: agreement, order |
| 2/2/16 | emails re: CRT escrow; add asset to Form 1 |
| 2/3/16 | Email to CJ re: fax & forward Phoenix policy document |
| 2/3/16 | emails re: tax returns needed |
| 2/3/16 | rev of sale agreement; email to PK |
| 2/4/16 | emails w/ RLE & SK re: rent @ Senatobia |
| 2/4/16 | t/cw/ BS re: call w/ Schilli atty |
| 2/4/16 | Follow up email w/Christina Matejic at JPMorgan and forward attachments |
| 2/5/16 | Email to CJ to provide Corporate TIN |
| 2/5/16 | t/cw/ PK re: status of Delphi order |
| 2/5/16 | Email to RE re: CRI Corporation |
| 2/9/16 | ca;;s w/ Dow, PK re: closing on Friday |
| 2/9/16 | emails re: environmental reports |
| 2/10/16 | rev emails re: return of Schilli funds, reply |
| 2/10/16 | Print claims 155-205 case 15-10482 |
| 2/10/16 | t/cw/ title company re: letter |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| Date | Description |
|---|---|
| 2/10/16 | Prepare (1) Cash Disbursement |
| 2/11/16 | emails re: closing status |
| 2/11/16 | emails to PK re: Mississippi real estate abandonment. |
| 2/11/16 | emails re: wire instructions |
| 2/11/16 | Follow up email to RE re: CRI Corporation |
| 2/12/16 | settlement of Delphi |
| 2/15/16 | emails re: Quitclaim deed, original documents needed |
| 2/15/16 | complete seller disclosure forms, 1099 |
| 2/15/16 | final review of closing docs |
| 2/15/16 | emails re: Delphi closing, open issues |
| 2/15/16 | Notarize Chromcraft document |
| 2/15/16 | email to title company re: closing docs |
| 2/15/16 | rev of closing docs, emails to PK, D D (???) exceptions needed to be cleared |
| 2/16/16 | t/cw/ JS re: Schilli deposit status |
| 2/16/16 | Jan bank reconciliation |
| 2/16/16 | sign off on new set of closing docs |
| 2/16/16 | emails to JS re: Schilli deposit |
| 2/16/16 | Email FedEx tracking number re: John Lamar, Esquire |
| 2/17/16 | several emails w/ title company/buyer re: closing issues |
| 2/17/16 | t/cw/ PK re: judgment creditor |
| 2/17/16 | t/cw/ JH (title co) re: escrow for judgment |
| 2/17/16 | Prepare (1) Cash Disbursement |
| 2/18/16 | emails w/ Avendra re: claimfox |
| 2/19/16 | emails to/from BS re: indemnity escrow, return of deposit |
| 2/19/16 | t/cw/ Butch re: RE tax bill procedures |
| 2/19/16 | rev of R/E tax bill allocation, |
| 2/20/16 | rev of indemnity agreement |
| 2/20/16 | emails re: Schilli deposit return, stip to return deposit |
| 2/22/16 | several emails re: closing issues, indeminity agreement, appeal statute |
| 2/23/16 | Prepare (1) Cash Receipt |
| 2/23/16 | emails with Chicago Title re: closing issues |
| 2/23/16 | emails to/from NG re: status of closing |
| 2/23/16 | review of closing statement; reply |
| 2/24/16 | emails w/NG re: closing |
| 2/24/16 | t/c/w BS re: motor at Delphi; release w/Schilli; emails to M. Joseph |
| 2/24/16 | emails re: Hilco payment, tax service invoice |
| 2/25/16 | emails re: return of Schilli pump |
| 2/25/16 | emails w/PK re: Sinclair judgment |
| 2/25/16 | emails w/NG re: sale closing, distribution amount |
| 2/25/16 | Follow up email (BS) re: name search |

Giuliano Miller & Company, LLC

Invoice #: 25109
Client ID: 73127

| Date | Description |
|---|---|
| 2/29/16 | Follow up email (BS) re: name search |
| 3/1/16 | Email to AG re: claims import |
| 3/4/16 | t/cw/ special counsel for A/R collection, emails to B/S re: A/R collection counsel |
| 3/11/16 | rev of emails from Merchants |
| 3/15/16 | email re: status of quiet table matte |
| 3/17/16 | emails re: insurance |
| 3/17/16 | Print new claims from court claims register. |
| 3/18/16 | Prepare (1) Cash Receipt |
| 3/18/16 | rev of stip w/ Sinclair; sgn, send |
| 3/18/16 | Prepare (1) Cash Disbursement |
| 3/21/16 | Feb bank reconcliation |
| 3/21/16 | emails w/ PK re: Arts & Crafts offer status |
| 3/30/16 | emails w/BS, PK re: quiet title legal fees |
| 3/30/16 | emails re: Hilco r/e tax appeal; o/s fees |
| 3/31/16 | review b/s, bank recs for Feb. 2016 |
| 4/1/16 | emails w/ NG re: pymt to Merchants |
| 4/4/16 | emails re: Hilco check for real estate tax appeal |
| 4/4/16 | rev emails |
| 4/4/16 | Prepare (1) Cash Disbursement |
| 4/5/16 | Email to JS re: expenses for sale of 1100 N. Washington Street, Delphi, IN. |
| 4/5/16 | several emails re: Fox appeal inv, R/E commission breakdown |
| 4/8/16 | emails w/ DOW re: engagement, quiet title |
| 4/12/16 | rev of application to appt special counsel, emails to/from PK |
| 4/12/16 | meet w/ RLE re: total O/S taxes due |
| 4/12/16 | emails w/PK re: auction of property |
| 4/13/16 | rev email re: employee not apid by Sport Haley, Inc, t/cw/ atty |
| 4/15/16 | Prepare (1) Cash Receipt |
| 4/15/16 | Prepare (1) Cash Disbursement |
| 4/18/16 | March bank reconciliation |
| 4/21/16 | emails w/ PK re: abandonment of Senotobia prop |
| 4/25/16 | t/cw/ BS re: abandonment of Senatobia |
| 4/26/16 | emails w/ PK re: distribution to Merchant's |
| 4/26/16 | Prepare demand letter to be sent to First Tennessee bank re: turnover of debtor funds |
| 4/26/16 | meet w/ BTG re: distribution to Merchant's |
| 4/27/16 | emails w/ BS re: appt of counsel for quiet title action |
| 4/27/16 | t/cw/ DC re: Sena Hill reply, call to UST |
| 4/28/16 | emails w/ BS re: fees for PSZJ, GMCO |
| 4/28/16 | reply to 7K re: quiet title, atty appt |
| 4/28/16 | t/cw/ PK re: accting for Merchants |
| 4/28/16 | .enails re: quiet title, appt of atty |

| Date | Description |
|---|---|
| 4/29/16 | rev b/s and b/r |
| 5/2/16 | emails w/ PK re: UST resolution to Dow D l appt |
| 5/2/16 | t/cw/ PK re: abandonment motion |
| 5/2/16 | email to Merchants re: insurance on Senatobia, abandonment motion |
| 5/2/16 | rev of abandonment motion, edit |
| 5/3/16 | emails w/ NG (Merchants) re: Arts & Crafts rent arrears |
| 5/5/16 | Meeting & correspondence w/ DMD re: turnover of funds from First Tennessee Bank |
| 5/5/16 | Emai to claimant re: case information |
| 5/6/16 | emails w/ PK re: rent status, Arts & Crafts |
| 5/6/16 | t/cw/ PK re: call w/ Merchants & rent |
| 5/6/16 | meet w/ RLE re: last year filed, NOL's available to offset life ins. refundsl |
| 5/6/16 | t/cw/ Merchants re: rent arrears,, royalties |
| 5/9/16 | Prepare (1) Cash Disbursement |
| 5/11/16 | rev of quiet title complaint |
| 5/12/16 | rev of abandonment order markup by Tate County |
| 5/12/16 | t/cw/ PK re: Tate County markup |
| 5/16/16 | Email to RE re: bank statement |
| 5/16/16 | Prepare (1) Cash Receipt |
| 5/18/16 | Prepare (1) Cash Disbursement |
| 5/18/16 | emails w/ PK re: abandonment motion |
| 5/23/16 | Email to BG re: bank statement (First Tennessee) |
| 5/23/16 | Meeting & correspondence w/ DMD re: turnover of funds from First Tennessee Bank |
| 5/29/16 | April bank reconciliation |
| 6/1/16 | emails w/atty re: abandonment to Merchants of collateral |
| 6/6/16 | rev atty email auth abandonment of RE |
| 6/6/16 | rev order auth abandonment of RE |
| 6/10/16 | Review correspondence from DMD re: turnover of funds from First Tennessee Bank |
| 6/13/16 | t/cw/ PK re: abandonment motion |
| 6/13/16 | rev of motion filed prepared re: abandonmentto Merchants |
| 6/13/16 | rev of Research electric utility |
| 6/15/16 | rev of Liberty Mutual POC, meet w/ BTG re: escrow portion of claim |
| 6/15/16 | Review of Correspondence with First Tennessee Bank and turnover of funds and supporting documents. |
| 6/16/16 | Prepare (1) Cash Disbursement |
| 6/22/16 | t/cw/ BS re: claim vs: water utility |
| 6/23/16 | sev'l emails re: grass situation @ Senatobia |
| 6/27/16 | meet w/ RLE re: Electric Company invoices needed |
| 6/27/16 | emails re: water tower electric usage |
| 6/27/16 | rev of emails re: Electric Company invoices needed |
| 7/5/16 | June bank reconciliation |
| 7/5/16 | rev of quiet title invoices, email to PK |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| Date | Description |
|---|---|
| 7/7/16 | Review court claims registers and print out claims recorded on docket. Update excel claims worksheet. |
| 7/8/16 | rev of bank statement & bank reconciliation |
| 7/17/16 | June bank reconciliation |
| 7/18/16 | Prepare (1) Cash Disbursement |
| 7/20/16 | rev June bank statement & reconciliation |
| 7/26/16 | emails to DD re: quiet title status |
| 7/28/16 | t/cw/ BS re: Merchant's objection |
| 7/28/16 | Email to BS re: Merchant Factor turnover re: Delta |
| 8/1/16 | emails w/DD & PK re: quiet title order |
| 8/2/16 | Email to Angela Ferrante at GCG, Inc. re: payments |
| 8/10/16 | work on est'd list to Merchants |
| 8/10/16 | several t/cw/ w/ PK re: Merchants objection |
| 8/10/16 | emails w/ PK re: Merchants check |
| 8/12/16 | several emails re: offers w/ Merchants re: fees |
| 8/12/16 | t/cw/ PK re: reply to Merchants offer |
| 8/15/16 | rev of revised motion, emails w/ PK |
| 8/16/16 | Prepare (1) Cash Disbursement |
| 8/16/16 | t/cw/ BS re: PSZ & J objection |
| 8/17/16 | tc/w/ atty re: hearing |
| 8/17/16 | emails re: pymt to Merchants |
| 8/18/16 | prepare calculation for check to merchants |
| 8/18/16 | Prepare (1) Cash Disbursement |
| 8/25/16 | Email to BG re: receipt of funds for First Tennessee |
| 8/25/16 | Correspondence w/ DMD re: status of funds to be turned over from First Tennessee |
| 9/1/16 | Follow up email to JV re: replacement checks |
| 9/1/16 | Aug bank reconciliation |
| 9/6/16 | Correspondence w/ L Van Slyke of Brunini Law re: filing of proof of claim |
| 9/6/16 | Prepare (3) Cash Receipts |
| 9/12/16 | t/cw/ PK re: motion for reconsideration filed by State of Mississippi |
| 9/14/16 | emails re: Miss. motion w/ PK |
| 9/15/16 | Prepare (1) Cash Disbursement |
| 9/19/16 | emails re: MDEQ motion to reconsider |
| 9/21/16 | Aug bank reconciliation |
| 9/23/16 | t/cw/ PK re: Mississippi clean up |
| 9/27/16 | several emails re: Decinger email for final fee app |
| 10/18/16 | Prepare (1) Cash Disbursement |
| 10/19/16 | meet w/ BS re: revisions to Miss proposal |
| 10/19/16 | meet w/ PK re: Miss proposal |
| 10/19/16 | rev of response to Miss proposal |
| 10/20/16 | rev of Delinger order, rev of settlement |

Giuliano Miller & Company, LLC

| | | Invoice #: | 25109 |
|---|---|---|---|
| | | Client ID: | 73127 |

| Date | Description |
|---|---|
| 10/21/16 | t/w/ atty re: hearing results |
| 10/31/16 | Sept bank reconciliation |
| 10/31/16 | rev of Sept bank statement & reconciliation |
| 11/2/16 | Email (RE) & (DR) re: employee information request |
| 11/8/16 | Prepare (1) Cash Receipt |
| 11/9/16 | Prepare (1) Cash Disbursement |
| 11/21/16 | Oct bank reconciliation |
| 11/29/16 | rev of October bank statement & reconciliation |
| 12/5/16 | email re: Cobra |
| 12/12/16 | rev of UST comments to PSZ&J fee pp |
| 12/15/16 | Prepare (1) Cash Disbursement |
| 12/16/16 | Provide updated Form II (BG) |
| 12/19/16 | Prepare (1) Cash Disbursement |
| 12/20/16 | Provide updated Form II (RE) |
| 12/21/16 | Nov bank reconciliation |
| 1/12/17 | rev of Iron Mtn destruction motion |
| 1/12/17 | t/cw/ PK re: Iron Mtn destruction motion |
| 1/16/17 | Prepare (2) Cash Disbursements |
| 1/18/17 | rev of Urethane Class Action claim form |
| 1/18/17 | rev of Urethane Class Action website, listen to voice message on claims process |
| 1/30/17 | Dec bank reconciliation |
| 2/1/17 | rev of Dec bank reconciliation |
| 2/2/17 | emails w/ creditor Chair Design |
| 2/2/17 | Provide requested information regarding case to Angel Calcano |
| 2/14/17 | meet w/ RLE re: resolving Iron Mtn bal. |
| 2/17/17 | Prepare (1) Cash Disbursement |
| 2/28/17 | amails w/ BS re: lack of interest in preference\ |
| 2/28/17 | rev emails re: preference issues, lack of physical records, small potential recoveries |
| 3/1/17 | meet w/ MG, DM re: pref challenges |
| 3/2/17 | Email (RE) re: bank statements |
| 3/3/17 | Follow up email to RE re: bank statements |
| 3/4/17 | rev of memos re: pref investigation & lack of any meaningful potential recoveries |
| 3/15/17 | Feb bank reconciliation |
| 3/16/17 | Prepare (1) Cash Disbursement |
| 3/30/17 | Email response (BG) re: receipt of replacement checks |
| 4/4/17 | Provide updated Form I & II (DM) |
| 4/5/17 | emails re: tax returns issues |
| 4/5/17 | Prepare (1) Cash Receipt |
| 4/12/17 | Provide completed W-9 (MI) |
| 4/12/17 | meet w/ MG re: urethane anti trust litigation |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| | |
|---|---|
| 4/12/17 | call w/ Polyurethane fund re: timing of pymt est'd amt net available |
| 4/12/17 | meet w/ MI re: follow up on Urethane Anti Trust litigation |
| 4/12/17 | meet w/ MG re: Iron Mtn status, invoices |
| 4/17/17 | email w/ Iron Mtn re: follow up response |
| 4/19/17 | Mar bank reconciliation |
| 4/20/17 | Prepare (1) Cash Disbursement |
| 4/30/17 | March bank reconciliation |
| 5/8/17 | Prepare (1) Cash Receipt |
| 5/15/17 | April bank reconciliation |
| 5/16/17 | Prepare (1) Cash Disbursement |
| 5/23/17 | t/c/w DL re: possible offer on remnant assets |
| 5/26/17 | Prepare (1) Cash Disbursement |
| 5/31/17 | Follow up email (RE) re: Urethane Antitrust Litigation |
| 5/31/17 | Follow up email (BS) re: Merchant Factor information |
| 5/31/17 | T/c w/Walter at GCG |
| 6/8/17 | T/c w/Mary at GCG |
| 6/16/17 | Prepare (1) Cash Disbursement |
| 6/24/17 | May bank reconciliation |
| 6/28/17 | Prepare (1) Cash Receipt |
| 7/17/17 | Prepare (1) Cash Disbursement |
| 7/18/17 | work on TFR report |
| 7/19/17 | June bank reconciliation |
| 7/19/17 | meet w/ DD re: Sumter escrow a/c |
| 8/20/17 | July bank reconciliation |
| 8/21/17 | T/c w/Creditor (787-598-1257) re: status of claim |
| 9/18/17 | Email to DL re: Hill invoice |
| 9/18/17 | Prepare (2) Cash Disbursements |
| 9/22/17 | Aug bank reconciliation |
| 9/27/17 | Email to (BS) re: Merchant Factor requested information |
| 9/28/17 | Prepare correspondence to Treasurer of Carroll County |
| 10/10/17 | Prepare correspondence to Merchant's Bank |
| 10/13/17 | Prepare (1) Cash Disbursement |
| 10/17/17 | Sept bank reconciliation |
| 10/24/17 | Prepare (1) Cash Receipt |
| 10/30/17 | Oct bank reconciliation |
| 11/3/17 | t/c/w DK re: distruction motion |
| 11/10/17 | meet w/DD re: number of boxes to destroy |
| 11/10/17 | emails w/PK re: records distribution |
| 11/16/17 | Prepare (1) Cash Disbursement |
| 11/30/17 | review emails re: DRM motion fees, destruction offer to settle |

Giuliano Miller & Company, LLC

| | |
|---|---|
| Invoice #: | 25109 |
| Client ID: | 73127 |

| Date | Description |
|---|---|
| 12/1/17 | Prepare (1) Cash Receipt |
| 12/1/17 | Emails with PK, Oakpoint re: sale of remnant assets |
| 12/1/17 | Forward documents via FedEx to JA re: remant asset agreement |
| 12/5/17 | Emails re: Iron Mountain report, records destruction |
| 12/6/17 | Emails re: order to destroy records, meet with DD re: payment to Iron Mountain |
| 12/7/17 | Prepare (1) Cash Disbursement |
| 12/8/17 | Prepare (1) Cash Disbursement |
| 12/11/17 | Provide updated Form II (BG) |
| 12/22/17 | Nov bank reconciliation |
| 1/16/18 | Email to BMS re: deposit (RDC) |
| 1/16/18 | Prepare (1) Cash Receipt |
| 1/16/18 | Prepare (1) Cash Disbursement |
| 1/19/18 | Prepare, Enter, Print & Mail (3) 1099s for 2017 |
| 1/23/18 | Dec bank reconciliation |
| 1/24/18 | Prepare (1) Cash Disbursement |
| 1/30/18 | Review of bank statements, bank reconciliations |
| 2/15/18 | Prepare (1) Cash Disbursement |
| 2/28/18 | Jan bank reconcili9ation |
| 3/4/18 | Review B/S and B/R. |
| 3/15/18 | Prepare (1) Cash Disbursement |
| 3/29/18 | February bank reconciliation |
| 3/31/18 | Review of 2/28/18 bank statement and bank reconciliation |
| 4/16/18 | Prepare (1) Cash Disbursement |
| 4/23/18 | Mar bank reconciliation |
| 5/8/18 | Provide updated Form II (BG) |
| 5/16/18 | Prepare (1) Cash Disbursement |
| 5/17/18 | EMs to counsel re: records and abandonment motion |
| 5/31/18 | review of April B/S and B/R |
| 5/31/18 | Apr bank reconciliation |
| 6/15/18 | Prepare (1) Cash Disbursement |
| 6/19/18 | EMs with PK re: records destruction order; t/c with PK |
| 7/2/18 | review May B/S and B/R |
| 7/14/18 | June reconciliation |
| 7/16/18 | Prepare (1) Cash Disbursement |
| 7/17/18 | Review of June Bank Statements and Bank Reconciliations |
| 8/9/18 | July bank reconciliation |
| 9/19/18 | August Bank reconciliation |
| 10/17/18 | September bank reconciliation |
| 11/9/18 | October bank reconciliation |
| 11/16/18 | Meet RLE re: redemption of life insurance policies |

Giuliano Miller & Company, LLC

| | Invoice #: | 25109 |
|---|---|---|
| | Client ID: | 73127 |

| Date | Description |
|---|---|
| 11/18/18 | Meet with RLE re: tax prep status |
| 11/19/18 | Provide updated Form I & II (RE) |
| 11/20/18 | Meet with RLE re tax prep |
| 12/6/18 | Provide case states to Heather Donald (State of Michigan) |
| 12/17/18 | Review tax returns for 2015, 2016, 2017 and 2018. |
| 12/17/18 | November bank reconciliation |
| 1/14/19 | December bank reconciliation |
| 1/26/19 | review of December 2018 B/S and B/R |
| 1/30/19 | Prepare & Mail 2018 1099 & 1096 |
| 2/11/19 | Work on TFR |
| 2/12/19 | Review several claims to verify invoices attached are billed to Chromcraft. Print first page of each invoice appearing on claim 54. Identify invoices belonging to Peters Revington on statement submitted with claim. |
| 2/12/19 | t/c with PK re: insurance policy, escrow a/c |
| 2/12/19 | January Bank reconciliation |
| 2/15/19 | Review registers for the correct name |
| 2/18/19 | Email (MW) re: outstanding fees |
| 2/18/19 | Review claim register and agents register for proper placement of claims between cases. |
| 2/18/19 | Email (JH) re: outstanding fees |
| 2/22/19 | Review PK email re: Merchant's & prepetition loan documents, reply |
| 2/25/19 | Preparation of TFR |
| 2/25/19 | Copy bank statements. 2015 - 2019 |
| 2/27/19 | Preparation of TFR |
| 2/28/19 | Email (RE) re: insurance policy information |
| 2/28/19 | Email (DR) re: pension |
| 3/22/19 | February bank reonciliaiton |
| 4/15/19 | March bank reconciliation |
| 4/23/19 | Emails re: quiet title matter |
| 4/23/19 | Review analysis on King Plastics, reply |
| 4/25/19 | t/c with PK re: secured lender allocation |
| 5/14/19 | April bank reconciliation |
| 6/12/19 | Verify missing schedule F items from scheduled claims report |
| 6/18/19 | continue Create worksheet for Schedule F missing items |
| 6/20/19 | Work on TFR final fee apps |