# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re: CHROMCRAFT REVINGTON INC.          §   Case No. 15-10482-KG
                                          §
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, Trustee (DE), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 03:30PM on 10/22/2019 in Courtroom 3, United States Courthouse, 824 Market Street, 6th Floor
Wilmington, DE 19801.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/19/2019        By: /s/ Alfred T. Giuliano
                                                            Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: CHROMCRAFT REVINGTON INC.    § Case No. 15-10482-KG
§
§
Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 2,087,474.77 |
| *and approved disbursements of* | $ 1,752,166.78 |
| *leaving a balance on hand of* [1] | $ 335,307.99 |
| **Balance on hand:** | $ 335,307.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Cross Gate Services, Inc | 30,552.17 | 0.00 | 0.00 | 0.00 |
| 9 | Samuel Dunnigan | 1,312.54 | 0.00 | 0.00 | 0.00 |
| 25 | AFCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 32S | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 | 0.00 |
| 58S | Liberty Mutual Insurance Group | 0.00 | 0.00 | 0.00 | 0.00 |
| 74 | Liberty Mutual Insurance Group | 125,000.00 | 0.00 | 0.00 | 0.00 |
| 90S | Indiana Department of Revenue | 65,683.55 | 0.00 | 0.00 | 0.00 |
| 141 | Merchant Factors Corp. | 8,033,140.55 | 489,345.83 | 470,647.70 | 18,698.13 |
| 145 | Tate County, Mississippi | 0.00 | 572,422.72 | 572,422.72 | 0.00 |
| 145 -2 | Tate County, Mississippi | 856,406.81 | 0.00 | 0.00 | 0.00 |
| 152S | Iron Mountain Information Management, LLC | 1,984.00 | 0.00 | 0.00 | 0.00 |
| 207 | Liberty Mutual Insurance | 125,000.00 | 0.00 | 0.00 | 0.00 |
| 212 | Indiana Department of | 65,683.55 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |  |  |
|---|---|---|---|---|
| Revenue |  |  |  |  |
|  | Total to be paid to secured creditors: |  | $ | 18,698.13 |
|  | Remaining balance: |  | $ | 316,609.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Alfred T. Giuliano, Trustee | 85,874.24 | 0.00 | 83,674.52 |
| Trustee, Expenses - Alfred T. Giuliano, Trustee | 720.75 | 0.00 | 720.75 |
| Attorney for Trustee, Fees - Dellinger & Dellinger Law Office | 4,727.68 | 4,727.68 | 0.00 |
| Attorney for Trustee, Expenses - Dellinger & Dellinger Law Office | 2,516.04 | 2,516.04 | 0.00 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 136,340.00 | 75,000.00 | 48,931.67 |
| Accountant for Trustee, Expenses - Giuliano, Miller & Co., LLC | 1,008.80 | 0.00 | 1,008.80 |
| Other Fees: Hilco Real Estate, LLC | 81,731.93 | 81,731.93 | 0.00 |
| Other Expenses: Cost of Sale | 5,438.50 | 5,438.50 | 0.00 |
| Attorney for Trustee Fees - Pachulski Stang Ziehl & Jones LLP | 213,617.00 | 75,000.00 | 110,576.49 |
| Attorney for Trustee Expenses - Pachulski Stang Ziehl & Jones LLP | 21,697.63 | 0.00 | 21,697.63 |
| Other Expenses: Cost of Sale - Taxes | 415,911.37 | 415,911.37 | 0.00 |
| Other Expenses: Hilco Real Estate, LLC | 7,401.00 | 7,401.00 | 0.00 |
| Other Expenses: Hill Archive | 9,163.70 | 9,163.70 | 0.00 |
| Other Expenses: Internal Revenue Servics | 50.00 | 50.00 | 0.00 |
| Other Expenses: International Sureties, Ltd | 880.15 | 880.15 | 0.00 |
| Other Expenses: Iron Mountain | 5,000.00 | 5,000.00 | 0.00 |
| Other Expenses: Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
|  | Total to be paid for chapter 7 administration expenses: | $ | 266,609.86 |
|  | Remaining balance: | $ | 50,000.00 |

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P Fees - Lowenstein Sandler LLP | 97,488.08 | 0.00 | 18,781.23 |
| Attorney for Trustee/D-I-P Expenses - Lowenstein Sandler LLP | 0.00 | 0.00 | 0.00 |
| Accountant for Trustee/D-I-P Fees - EisnerAmpter, LLP | 10,260.00 | 0.00 | 1,976.62 |
| Accountant for Trustee/D-I-P Expenses - EisnerAmpter, LLP | 322.00 | 0.00 | 62.03 |
| Other Fees: Goldstein & McClintock LLLP | 42,278.37 | 0.00 | 8,144.99 |
| Other Expenses: Goldstein & McClintock LLLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee/D-I-P Fees - White & Williams, LLP | 56,419.50 | 0.00 | 10,869.31 |
| Attorney for Trustee/D-I-P Expenses - White & Williams, LLP | 4,229.22 | 0.00 | 814.77 |
| Other Fees: Krieg DeVault, LLP | 6,630.75 | 0.00 | 1,277.42 |
| Other Fees: Kurtzman Carson Consultants LLC | 38,575.49 | 0.00 | 7,431.63 |
| Other Fees: Sockol Consulting Group, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Mississippi Department of Environmental Quality | 0.00 | 0.00 | 0.00 |
| Other Expenses: Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| Other Expenses: Sockol Consulting Group, Inc. | 0.00 | 0.00 | 0.00 |
| Other Expenses: Wisconsin Department of Revenue | 3,332.43 | 0.00 | 642.00 |

Total to be paid for prior chapter administrative expenses:   $          50,000.00
Remaining balance:   $               0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,267,228.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | EFTPS | 1,160.75 | 0.00 | 0.00 |
|  | EFTPS | 271.47 | 0.00 | 0.00 |
|  | EFTPS | 794.82 | 0.00 | 0.00 |
| 1P | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 9 | Samuel Dunnigan | 1,312.54 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 15 | Internal Revenue Service | 1,000.00 | 0.00 | 0.00 |
| 21P | William Raymond Becker | 12,475.00 | 0.00 | 0.00 |
| 28P | Missouri Department of Revenue | 656.70 | 0.00 | 0.00 |
| 32P | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 33P | State of Michigan-CD | 158.27 | 0.00 | 0.00 |
| 34P | Tippecanoe County Treasurer | 0.00 | 0.00 | 0.00 |
| 36P | Carroll County Treasurer | 0.00 | 0.00 | 0.00 |
| 37 | Florida Department of Revenue | 15,647.15 | 0.00 | 0.00 |
| 38P | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 42P | Mississippi Department of Revenue | 45,089.52 | 0.00 | 0.00 |
| 59 | Commonwealth of Virginia | 487.50 | 0.00 | 0.00 |
| 65P | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 80P | Wisconsin Department of Revenue | 1,500.74 | 0.00 | 0.00 |
| 83 | Donna Vessels | 897.00 | 0.00 | 0.00 |
| 90P | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 115P | Richard L. Sinclair | 0.00 | 0.00 | 0.00 |
| 140 -2 | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 145 | Tate County, Mississippi | 0.00 | 0.00 | 0.00 |
| 145 -2 | Tate County, Mississippi | 856,406.81 | 0.00 | 0.00 |
| 148 | Cynthia C. Brown | 2,561.52 | 0.00 | 0.00 |
| 149 | Virginia Carol Saunders | 2,788.45 | 0.00 | 0.00 |
| 198 | Texas Comptroller of Public Accounts | 6,227.78 | 0.00 | 0.00 |
| 203P | California Franchise Tax Board | 2,467.62 | 0.00 | 0.00 |
| 212 | Indiana Department of Revenue | 312,928.29 | 0.00 | 0.00 |
| 213 | Mississippi Department of Revenue | 2,396.67 | 0.00 | 0.00 |

Total to be paid for priority claims: $             0.00
Remaining balance: $             0.00

　　The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 12,501,069.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | EFTPS | 4,256.11 | 0.00 | 0.00 |
|  | EFTPS | 840.00 | 0.00 | 0.00 |
|  | EFTPS | 9,437.95 | 0.00 | 0.00 |
| 3 | Northern Indiana Public Service Company | 32,415.22 | 0.00 | 0.00 |
| 4 | Unisource Worldwide | 14,867.14 | 0.00 | 0.00 |
| 5 | Averitt Express, Inc | 1,468.06 | 0.00 | 0.00 |
| 6 | Confortaire, Inc. | 80,558.62 | 0.00 | 0.00 |
| 7 | Wollsdorf Leather LTD. | 7,375.14 | 0.00 | 0.00 |
| 8 | Santie Wholesale Oil Company | 1,336.77 | 0.00 | 0.00 |
| 10 | American Decorative Fabrics, LLC | 999.26 | 0.00 | 0.00 |
| 11 | Orient Overseas Container Line Limited (OOCL) | 33,097.40 | 0.00 | 0.00 |
| 12 | Can-Do National Tape | 3,613.04 | 0.00 | 0.00 |
| 13 | Alabama Wire, Inc | 355.98 | 0.00 | 0.00 |
| 14 | Excel TSD of Tennessee, LLC | 3,720.15 | 0.00 | 0.00 |
| 16 | Contract Furniture Group, LLC | 5,516.84 | 0.00 | 0.00 |
| 17 | L&P Financial Services Co. | 42,143.27 | 0.00 | 0.00 |
| 18 | Old Dominion Freight Line, Inc. | 20,138.91 | 0.00 | 0.00 |
| 19 | Parker Brothers Textile Mills Limited | 834.69 | 0.00 | 0.00 |
| 20 | MCPU Polymer Eng, LLC | 3,767.08 | 0.00 | 0.00 |
| 21U | William Raymond Becker | 23,525.00 | 0.00 | 0.00 |
| 22 | United Parcel Service | 40,334.76 | 0.00 | 0.00 |
| 23 | Office Coordinators, Inc. | 8,264.37 | 0.00 | 0.00 |
| 24 | Office Coordinators, Inc. | 0.00 | 0.00 | 0.00 |
| 26 | FedEx TechConnect, Inc. | 2,384.73 | 0.00 | 0.00 |
| 27 | Magic Steel Sales, LLC | 17,310.40 | 0.00 | 0.00 |
| 29 | Old Dominion Freight Line, Inc. | 148,290.13 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 30 | AAA Cooper Transportation | 40,793.97 | 0.00 | 0.00 |
| 31 | Panola Paper Co., Inc. | 3,402.97 | 0.00 | 0.00 |
| 32U | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 33U | State of Michigan-CD | 18,022.89 | 0.00 | 0.00 |
| 34U | Tippecanoe County Treasurer | 0.00 | 0.00 | 0.00 |
| 35 | Wisconsin Department of Revenue | 1,098.23 | 0.00 | 0.00 |
| 36U | Carroll County Treasurer | 0.00 | 0.00 | 0.00 |
| 38U | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 39 | W. W. Grainger, Inc. | 0.00 | 0.00 | 0.00 |
| 40 | Motion Industries, Inc. | 828.96 | 0.00 | 0.00 |
| 41 | GE Capital Information Technology Solutions, Inc. | 5,127.81 | 0.00 | 0.00 |
| 43 | Carolina Design Company, Inc. | 17,500.00 | 0.00 | 0.00 |
| 44 | Great America Financial Services Corporation | 60,318.55 | 0.00 | 0.00 |
| 45 | Nova Copy, Inc. | 48,522.00 | 0.00 | 0.00 |
| 46 | United Tube Corporation | 7,938.48 | 0.00 | 0.00 |
| 47 | U. S. Department of Labor | 84,049.68 | 0.00 | 0.00 |
| 48 | YRC, Inc. d/b/a YRC Freight | 236,293.77 | 0.00 | 0.00 |
| 49 | United Parcel Service | 5,989.15 | 0.00 | 0.00 |
| 50 | RH Management Resources | 32,780.00 | 0.00 | 0.00 |
| 51 | Fleetcor Technologies | 26,934.59 | 0.00 | 0.00 |
| 52 | BB&T Commercial Finance | 18,917.90 | 0.00 | 0.00 |
| 53 | Entergy Mississippi, Inc. | 3,496.38 | 0.00 | 0.00 |
| 54 | Wiseway Motor Freight, Inc. | 26,544.86 | 0.00 | 0.00 |
| 55 | Hawkeye Industries, Inc. | 7,567.06 | 0.00 | 0.00 |
| 56 | Timothy Stabosz | 0.00 | 0.00 | 0.00 |
| 57 | Timothy Stabosz | 290,500.00 | 0.00 | 0.00 |
| 58U | Liberty Mutual Insurance Group | 0.00 | 0.00 | 0.00 |
| 60 | Bois Ouvres Waterville, Inc. | 15,453.02 | 0.00 | 0.00 |
| 61 | Bayer MaterialScience, LLC | 56,398.71 | 0.00 | 0.00 |
| 62 | Black Rock Furniture Import | 78,547.44 | 0.00 | 0.00 |
| 63 | Allen Engineering & Science, Inc. | 64,594.17 | 0.00 | 0.00 |
| 64 | IHFC Properties, LLC | 632,137.94 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 66 | Cach, LLC | 49,492.83 | 0.00 | 0.00 |
| 67 | Krieg DeVault, LLP | 45,664.87 | 0.00 | 0.00 |
| 68 | Wal-Mart Stores, Inc. | 2,296.35 | 0.00 | 0.00 |
| 69 | C. H. Robinson Worldwide, Inc. | 0.00 | 0.00 | 0.00 |
| 70 | BellSouth Telecommunications, Inc. | 6,978.25 | 0.00 | 0.00 |
| 71 | AT&T Corp | 4,309.71 | 0.00 | 0.00 |
| 72 | Alabama Wire, Inc | 0.00 | 0.00 | 0.00 |
| 72 -2 | Alabama Wire, Inc | 355.98 | 0.00 | 0.00 |
| 73 | Pureworks, Inc. d/b/a UL Workplace Health&Safety | 500.00 | 0.00 | 0.00 |
| 74 | Liberty Mutual Insurance Group | 0.00 | 0.00 | 0.00 |
| 75 | Athens Paper Company | 5,265.80 | 0.00 | 0.00 |
| 76 | Watkins Shepard Trucking Inc. | 58,363.96 | 0.00 | 0.00 |
| 77 | Applied Industrial Technologies | 597.22 | 0.00 | 0.00 |
| 78 | MDS Enterprises, Inc. | 2,430.30 | 0.00 | 0.00 |
| 79 | E.H. Hamilton Trucking & Warehousing Service, Inc. | 37,874.38 | 0.00 | 0.00 |
| 82 | Mississippi Polymers, Inc. | 8,383.71 | 0.00 | 0.00 |
| 84 | Gibraltar | 6,181.76 | 0.00 | 0.00 |
| 85 | Toof Commercial Printing | 30,840.09 | 0.00 | 0.00 |
| 87 | Top Value Fabrics | 416.03 | 0.00 | 0.00 |
| 88 | Sunbelt Furniture Express, Inc. | 416.56 | 0.00 | 0.00 |
| 89 | Sparta WoodWorks | 14,819.57 | 0.00 | 0.00 |
| 90U | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 91 | Prewett Enterprises, Inc. | 17,368.00 | 0.00 | 0.00 |
| 93 | Uniroyal Engineered Products, LLC | 9,276.42 | 0.00 | 0.00 |
| 94 | Medallion Transport Holdings | 7,975.00 | 0.00 | 0.00 |
| 95 | Attorney Recovery Systems, Inc. | 612,768.38 | 0.00 | 0.00 |
| 96 | The Standard Companies | 2,503.50 | 0.00 | 0.00 |
| 97 | WMCV Phase 1, LLC | 222,041.36 | 0.00 | 0.00 |
| 98 | Billy G. Armstrong | 5,745.60 | 0.00 | 0.00 |
| 99 | Herbert W. Avant | 5,317.44 | 0.00 | 0.00 |
| 100 | Stanley Ayers | 6,028.80 | 0.00 | 0.00 |
| 101 | Jack Blakely | 6,118.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 102 | Willie Bobo | 6,455.68 | 0.00 | 0.00 |
| 103 | Earl Bradford | 9,203.04 | 0.00 | 0.00 |
| 104 | Barbara Bush | 9,203.04 | 0.00 | 0.00 |
| 105 | Donald Butler | 6,538.88 | 0.00 | 0.00 |
| 106 | Sammie Caldwell | 5,086.80 | 0.00 | 0.00 |
| 107 | Ronnie Carr | 5,852.00 | 0.00 | 0.00 |
| 108 | Jerry Cobb | 7,596.80 | 0.00 | 0.00 |
| 109 | Linda Cole | 6,791.04 | 0.00 | 0.00 |
| 110 | Ralph Conley | 6,156.80 | 0.00 | 0.00 |
| 111 | Donnell Cox | 4,795.20 | 0.00 | 0.00 |
| 112 | James Cox | 8,115.84 | 0.00 | 0.00 |
| 113 | Matthew Crawford | 6,970.80 | 0.00 | 0.00 |
| 114 | John Crenshaw | 6,344.00 | 0.00 | 0.00 |
| 115U | Richard L. Sinclair | 270,000.00 | 0.00 | 0.00 |
| 116 | James Dean | 6,707.20 | 0.00 | 0.00 |
| 117 | Samuel Dunnigan | 6,024.00 | 0.00 | 0.00 |
| 118 | David Edwards | 4,820.80 | 0.00 | 0.00 |
| 119 | Ruthie Faulkner | 5,658.00 | 0.00 | 0.00 |
| 120 | Tracy Faulkner | 5,275.20 | 0.00 | 0.00 |
| 121 | Sammie Frost | 5,236.00 | 0.00 | 0.00 |
| 122 | Shaketha Gardner | 5,088.00 | 0.00 | 0.00 |
| 123 | James Garrett | 5,088.00 | 0.00 | 0.00 |
| 124 | Brian Hammond | 6,283.20 | 0.00 | 0.00 |
| 125 | Anthony Harris | 5,125.52 | 0.00 | 0.00 |
| 126 | Charles Harris | 6,053.60 | 0.00 | 0.00 |
| 127 | Mickey Harvey | 6,857.76 | 0.00 | 0.00 |
| 128 | Anthony Hawkins | 6,013.12 | 0.00 | 0.00 |
| 129 | E-Box, LLC | 6,930.00 | 0.00 | 0.00 |
| 130 | Lillie Blackmon Hayse | 7,539.84 | 0.00 | 0.00 |
| 131 | Michael Hibler | 6,631.68 | 0.00 | 0.00 |
| 132 | Arthur Hill | 5,275.20 | 0.00 | 0.00 |
| 133 | Billy Johnson | 6,533.60 | 0.00 | 0.00 |
| 134 | C. W. Johnson | 6,533.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 135 | Jeremy Johnson | 4,502.40 | 0.00 | 0.00 |
| 136 | Andrew Jones | 5,384.00 | 0.00 | 0.00 |
| 137 | Security Consultants, Inc. | 470.80 | 0.00 | 0.00 |
| 138 | Lydia Valle | 0.00 | 0.00 | 0.00 |
| 139 | Allstate Office Interiors | 1,281.64 | 0.00 | 0.00 |
| 141 | Merchant Factors Corp. | 7,543,794.72 | 0.00 | 0.00 |
| 142 | Fastenal Company | 196.42 | 0.00 | 0.00 |
| 143 | AT&T Corp. | 0.00 | 0.00 | 0.00 |
| 143 -2 | AT&T Corp. | 41,954.94 | 0.00 | 0.00 |
| 144 | BellSouth Telecommunications, Inc. | 32,022.03 | 0.00 | 0.00 |
| 146 | Wilsonart LLC | 11,556.68 | 0.00 | 0.00 |
| 147 | Encore Poly Corporation | 3,530.00 | 0.00 | 0.00 |
| 150 | American Express Travel Related Services Company | 0.00 | 0.00 | 0.00 |
| 150 -2 | American Express Travel Related Services Company | 66,675.37 | 0.00 | 0.00 |
| 151 | YRC, Inc. d/b/a YRC Freight | 315,918.88 | 0.00 | 0.00 |
| 152U | Iron Mountain Information Management, LLC | 0.00 | 0.00 | 0.00 |
| 153 | Javco, Inc | 50,744.67 | 0.00 | 0.00 |
| 154 | Michael Jones | 5,852.00 | 0.00 | 0.00 |
| 155 | Howard Lamar | 9,092.72 | 0.00 | 0.00 |
| 156 | Beverly Lark | 5,380.80 | 0.00 | 0.00 |
| 157 | John Lark | 6,707.20 | 0.00 | 0.00 |
| 158 | Stephanie Lawson | 5,261.76 | 0.00 | 0.00 |
| 159 | Courtney Lee | 4,748.80 | 0.00 | 0.00 |
| 160 | William Lewers, Jr. | 8,316.80 | 0.00 | 0.00 |
| 161 | Mary Lloyd | 6,246.40 | 0.00 | 0.00 |
| 162 | Albert Loveberry | 8,293.36 | 0.00 | 0.00 |
| 163 | Roy Mack | 7,042.56 | 0.00 | 0.00 |
| 164 | Abron McGlothian | 4,868.00 | 0.00 | 0.00 |
| 165 | Willie McIntyre | 7,846.40 | 0.00 | 0.00 |
| 166 | Eddie Miles | 4,933.60 | 0.00 | 0.00 |
| 167 | Michelle Mills | 6,545.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 168 | Gregory Morgan | 7,049.60 | 0.00 | 0.00 |
| 169 | Anita Newson | 6,539.52 | 0.00 | 0.00 |
| 170 | Elsa Perry | 7,200.80 | 0.00 | 0.00 |
| 171 | Steven Phillips | 5,127.42 | 0.00 | 0.00 |
| 172 | Otis Porter | 4,155.20 | 0.00 | 0.00 |
| 173 | Ricky Reed | 6,600.00 | 0.00 | 0.00 |
| 174 | Lucille Ross | 6,031.80 | 0.00 | 0.00 |
| 175 | Thomas Rushing | 6,548.40 | 0.00 | 0.00 |
| 176 | Carl Shaw | 5,478.00 | 0.00 | 0.00 |
| 177 | Clarence Sipp | 14,882.40 | 0.00 | 0.00 |
| 178 | Marsha Stull | 7,808.00 | 0.00 | 0.00 |
| 179 | Marvin Tate | 7,129.60 | 0.00 | 0.00 |
| 180 | Curtis Taylor | 4,777.92 | 0.00 | 0.00 |
| 181 | Larry Tucker | 5,652.00 | 0.00 | 0.00 |
| 182 | Bobby Walker | 5,945.60 | 0.00 | 0.00 |
| 183 | William Walker | 7,180.80 | 0.00 | 0.00 |
| 184 | Charlie Ward | 7,450.08 | 0.00 | 0.00 |
| 185 | Garey Watson | 5,310.00 | 0.00 | 0.00 |
| 186 | Larry Watson | 5,070.40 | 0.00 | 0.00 |
| 187 | Marius Whitehead, Sr. | 5,815.00 | 0.00 | 0.00 |
| 188 | J. D. Wilbourn | 7,180.80 | 0.00 | 0.00 |
| 189 | William Wilbourn | 6,310.40 | 0.00 | 0.00 |
| 190 | Jimmie Williams | 6,720.00 | 0.00 | 0.00 |
| 191 | Bonnie Woods | 5,427.20 | 0.00 | 0.00 |
| 192 | Lynette Wooten | 4,898.40 | 0.00 | 0.00 |
| 193 | Ruby Wooten | 6,841.60 | 0.00 | 0.00 |
| 194 | Joyce Wren | 6,024.00 | 0.00 | 0.00 |
| 195 | Henry Wright, Jr. | 6,876.00 | 0.00 | 0.00 |
| 196 | Jessie Wright, Sr. | 5,517.84 | 0.00 | 0.00 |
| 197 | Teresa Young | 5,451.36 | 0.00 | 0.00 |
| 199 | Merchandise Mart, LLC | 34,385.51 | 0.00 | 0.00 |
| 200 | Arnold Wood, LLC d/b/a H. A. Stiles Company | 282.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 201 | Krieg DeVault, LLP | 45,664.87 | 0.00 | 0.00 |
| 203U | California Franchise Tax Board | 5.92 | 0.00 | 0.00 |
| 204 | Mississippi Department of Environmental Quality | 250.00 | 0.00 | 0.00 |
| 207 | Liberty Mutual Insurance | 110,482.00 | 0.00 | 0.00 |
| 211 | ProTech Chemicals Ltd | 14,106.40 | 0.00 | 0.00 |

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 63,159.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 206 | Dunn & Bradstreet | 50,943.00 | 0.00 | 0.00 |
| 208 | Angel L. Calcano | 4,072.00 | 0.00 | 0.00 |
| 209 | Angel L. Calcano | 4,072.00 | 0.00 | 0.00 |
| 210 | Angel L. Calcano | 4,072.00 | 0.00 | 0.00 |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 48,019.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |
| 28U | Missouri Department of Revenue | 142.43 | 0.00 | 0.00 |
| 33U | State of Michigan-CD | 6,599.25 | 0.00 | 0.00 |
| 42U | Mississippi Department of Revenue | 9,378.10 | 0.00 | 0.00 |
| 65U | Mississippi Department of Revenue | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 80U | Wisconsin Department of Revenue | 675.00 | 0.00 | 0.00 |
| 90U | Indiana Department of Revenue | 0.00 | 0.00 | 0.00 |
| 203U | California Franchise Tax Board | 200.00 | 0.00 | 0.00 |
| 204 | Mississippi Department of Environmental Quality | 25.00 | 0.00 | 0.00 |
| 212 | Indiana Department of Revenue | 31,000.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $    0.00
Remaining balance: $    0.00

Prepared By: /s/Alfred T. Giuliano, Trustee (DE)
                           Trustee

Alfred T. Giuliano, Trustee (DE)
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ  08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**